No. 3940.—P. GONZÁLEZ & Co., S. EN C., aplda. *v.* CONTRE-

Bas, aplte.—C. D. San Juan. Cobro de dinero. Jun. 15, 1926. Apareciendo que la última prórroga concedida para radicar la exposición del caso venció el 31 de mayo último, sin que desde entonces se haya hecho otra gestión por el apelante, se desestimó el recurso.